# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JETTON GENERAL CONTRACTING, INC.**

    **Plaintiff/Counter-Defendant**

v.                                **CASE NO. 3:19-cv-00191-JM**

**KEVIN CUNNINGHAM**

    **Defendant/Counter-Claimant**

## ORDER OF DISMISSAL

Pursuant to the Joint Stipulation of Dismissal filed by the parties on August 30, 2019, the complaint and counterclaims are dismissed *with prejudice*.

_____
United States District Judge

\_\_September 30, 2019_____
Date

Prepared by:
Ashley D. Peoples, Ark. Bar No. 2008171
NEWLAND & ASSOCIATES, PLLC
2228 Cottondale Lane, Suite 220
Little Rock, AR 72202
*Attorneys for the Plaintiff*

Approved by:
Bill Arnold, AR Bar # 2013031
Murphy, Thompson, Arnold,
Skinner & Castleberry
P.O. Box 2595
Batesville, AR 72503
*Attorneys for Defendant*